

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2016

No. 04-16-00685-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Juan **ZAMBRANO** and Yanely Zambrano, Individually and as Next Friend of Dailyn Zambrano,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-15-447
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

The parties have filed an agreed motion to abate this appeal for ninety days to effectuate a proposed settlement. The motion is GRANTED. This appeal is abated until February 21, 2017. All appellate deadlines are suspended pending further order of this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court